1  Henrik Mosesi, Esq. (SBN: 189672)
   **Law Offices of Henrik Mosesi**
2  433 N. Camden Dr., 6th Floor
   Beverly Hills, CA 90210
3  Tel.: 310-734-4269
   Fax: 310-734-4053
4  henry@mosesi.com
   *Attorneys for Plaintiff*
5

6                  **UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA'**
7                         **SACRAMENTO**

8  MALIBU MEDIA, LLC,                      Case Number:   2:16-cv-01712-JAM-KJN
9                  Plaintiff,
                                           **ORDER REGARDING STIPULATION OF**
10 vs.                                     **DISMISSAL RETAINING**
                                           **JURISDICTION TO ENFORCE TERMS**
11 VIKTOR RAMOS,                           **OF SETTLEMENT**
12                 Defendant.
13

14

15      The Court having considered the stipulation of the parties, and good cause appearing

16 therefor, orders the following:

17          1.  The complaint and counter-claim is dismissed without prejudice pursuant to
18
                FRCP 41(a)(1)(A)(ii);
19
            2.  Each party to bear their own costs and attorney's fees;
20
            3.  The Court shall retain jurisdiction over this matter to enforce the terms of the
21
22              settlement agreement;
23          4.  Unless proceedings to enforce the terms of the settlement agreement are
24
                pending, this case will be treated for all purposes as dismissed with prejudice
25
                after October 1, 2017, without further order of court.
26
        DATED:  8/23/2017           /s/ John A. Mendez_____
27

28                                 **UNITED STATES DISTRICT COURT JUDGE**


                              ORDER ON STIPULAITON OF DISMISSAL
                                Case No. 2:16-cv-01712-JAM-KJN